IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Young, Albert S

Printed: 02/17/09

Case Number: 08 B 32811
Judge: Goldgar, A. Benjamin
Filed: 12/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 6, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Title Loan Of Illinois, Inc. | Secured | 3,500.00 | 0.00 |
| 2. | Premier Bankcard | Unsecured | 36.18 | 0.00 |
| 3. | Premier Bankcard | Unsecured | 34.46 | 0.00 |
| 4. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 5. | Internal Revenue Service | Secured |  | No Claim Filed |
| 6. | First National Mortgage | Secured |  | No Claim Filed |
| 7. | Internal Revenue Service | Priority |  | No Claim Filed |
| 8. | Certified Services | Unsecured |  | No Claim Filed |
| 9. | First National Credit Card | Unsecured |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | AT&T | Unsecured |  | No Claim Filed |
| 12. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 13. | Certified Services | Unsecured |  | No Claim Filed |
| 14. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 15. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 16. | First Premier | Unsecured |  | No Claim Filed |
| 17. | First Premier | Unsecured |  | No Claim Filed |
| 18. | Computer Renaissance | Unsecured |  | No Claim Filed |
| 19. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 22. | HSBC | Unsecured |  | No Claim Filed |
| 23. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 24. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |
| 26. | HSBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Young, Albert S

Printed: 02/17/09

Case Number: 08 B 32811
Judge: Goldgar, A. Benjamin
Filed: 12/1/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Merchant Credit Guide | Unsecured | | No Claim Filed |
| 28. La Chapelle Credit Service | Unsecured | | No Claim Filed |
| 29. HSBC | Unsecured | | No Claim Filed |
| 30. Sprint Nextel | Unsecured | | No Claim Filed |
| 31. Merchant Credit Guide | Unsecured | | No Claim Filed |
| 32. HSBC | Unsecured | | No Claim Filed |
| 33. NW Collector | Unsecured | | No Claim Filed |
| 34. Nicor Gas | Unsecured | | No Claim Filed |
| 35. NW Collector | Unsecured | | No Claim Filed |
| 36. Palisades Collection LLC | Unsecured | | No Claim Filed |
| 37. Nca | Unsecured | | No Claim Filed |
| 38. Progressive Management Systems | Unsecured | | No Claim Filed |
| 39. SBC | Unsecured | | No Claim Filed |
| | | $ 3,570.64 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: